**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Wiley Bridgeman,
 Plaintiff

v.          Case No. 1:07-cv-895

Correctional Officer Copas,
 Defendant

# ORDER

 This matter is before the Court on the Magistrate Judge's Report and Recommendation filed August 27, 2009 (Doc. 60).

 Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

 Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

 Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**, and Plaintiff's Motion for Writ of Mandamus is **DENIED**.

Date: September 23, 2009       s/Sandra S. Beckwith
                 Sandra S. Beckwith, Senior Judge
                 United States District Court