UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Wiley Bridgeman,
    Plaintiff

v.                            Case No. 1:07-cv-895

Correctional Officer Copas,
    Defendant

# ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed September 15, 2009 (Doc. 63).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. Defendant's motion for summary judgment is **GRANTED**. Plaintiff's amended complaint is **DISMISSED**.

This Court certifies that pursuant to 28 U.S.C. § 1915(a)(3) an appeal of this Order would not be taken in good faith, and therefore **DENIES** plaintiff leave to appeal *in forma pauperis*. See McGore v Wrigglesworth, 114 F.3d 601 (6th Cir. 1997).

Date: October 6, 2009                      s/Sandra S. Beckwith
                                                         Sandra S. Beckwith, Senior Judge
                                                         United States District Court